# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| v. | |
| | Case Number: 03-cr-326-T-23MSS |
| THOMAS ROZEMA | USM Number: 40830-018 |
| | |
| | Defendant's Attorney: Stephen Leal, cja |

The defendant pled no contest to the two Grade "C" violations alleged in numbered paragraphs one and two the December 21, 2007, petition (Doc. 55). The defendant is adjudged guilty of committing the violations charged in numbered paragraphs one and two of the petition.

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| ONE | New criminal conduct, driving under the influence of alcohol or controlled substance | 12/10/07 |
| TWO | New criminal conduct, driving under the influence of alcohol or controlled substance | 12/10/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages <u>two</u> through <u>three</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 24, 2008
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

January 24th, 2008
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation    Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: THOMAS ROZEMA | Judgment - Page 2 of 3 |
| CASE NUMBER: 8:03-cr-326-T-23MSS | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) DAYS.**

___  The court makes the following recommendations to the Bureau of Prisons:

___  The defendant is remanded to the custody of the United States Marshal.

**X**  **The defendant shall surrender to the United States Marshal, 4th Floor, United States Courthouse, 801 N. Florida, Avenue, Tampa, Florida:**

   **X**  **by 12:00 noon on Monday, February 4, 2008.**

   ___  as notified by the United States Marshal.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___  before 2 p.m. on _____.

   ___  as notified by the United States Marshal.

   ___  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:     Sheet 3 - Supervised Release

DEFENDANT:     THOMAS ROZEMA                                Judgment - Page 3 of 3
CASE NUMBER:   8:03-cr-326-T-23MSS

## SUPERVISED RELEASE

No term of supervision is imposed.

Case 8:03-cr-00326-SDM   Document 65   Filed 01/24/08   Page 3 of 3 PageID 128

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:     Sheet 3 - Supervised Release

DEFENDANT:     THOMAS ROZEMA                                Judgment - Page 3 of 3
CASE NUMBER:   8:03-cr-326-T-23MSS